# United States District Court

DISTRICT OF MASSACHUSETTS

Frederick S. LaPan, III
    Plaintiff

V.

Warden David L. Winn
    Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 04-40095

I, Frederick S. LaPan, III, #03988-082 declare that I am the (check appropriate box)
[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [X] Yes  [X] No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  Will be released on June 10th, 2004

    Are you employed at the institution? No   Do you receive any payment from the institution? No

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  [ ] Yes  [X] No  Disabled

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    May of 1995/ last time I worked.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment  [ ] Yes  [X] No
    b. Rent payments, interest or dividends           [ ] Yes  [X] No
    c. Pensions, annuities or life insurance payments [X] Yes  [ ] No
    d. Disability or workers compensation payments    [ ] Yes  [X] No
    e. Gifts or inheritances                          [ ] Yes  [X] No
    f. Any other sources                              [ ] Yes  [X] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  I receive a $200. a month pension from Granite Cutters International Association

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: LaPan, III V.S. Winn

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Frederick S. LaPan, III

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☒☒ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony   ☐ Misdemeanor
Civil Action, §2241

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: Disabled/ Social Security disability
IF YES, how much do you earn per month? $ unknown
IF NO, give month and year of last employment 5/95
How much did you earn per month? $ 1,800.00
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ 0.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $200. Mo.
SOURCES: GCIA/ Granite Cutters Assoc.

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $50,000
DESCRIPTION: Home/ Orange, Vermont

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
XX SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Karena LaPan, Daughter

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 372 George St. Vermont/ | Norfield Savings | $25,000. | $380.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) June 5th, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Frederick S LaPan III*