Frederick S. LaPan, III
# 03988-082
FMC Devens, P.O. Box 879,
Ayer, Massachusetts 01432

Clerk of the Court
United States District Court for the
District of Massachusetts
Donohue Federal Building & Courthouse
595 Main Street, Suite 502
Worcester, Massachusetts    01608

04-40095

RE: LaPan vs. Winn, §2241 action

Dear Clerk,

      I am writing concerning the above action, it was originally filed as a Title 28 U.S.C.§2241, in the United States District Court located in Boston, Massachusetts.

  This Honorable Court on June 1st, 2004, misconstrued this §2241 action as a "civil action" and requested that a financial disclosure statement be filed or a fee of $150.00 be paid.

  I can only hope that further reading of the petition in which the $5.00 filing fee has already been paid, will be properly construed as a petition pursuant to Title 28 U.S.C.§ 2241.

  I am also writing to inform the Court that I will be released from custody to "home confinement" on June 10th, 2004. My new address is as follows:

                    Mr. Frederick S. LaPan, III
                    372 George Street.
                    Orange, Vermont          05641-9670

  I look forward to your reply and thank you for your attention in this matter, I am enclosing two forms as requested as well.

June 7th, 2004                                  Sincerely yours,

                                                    Frederick S. LaPan III