UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**FREDERICK S. LAPAN, III,**</u>
          Petitioner,

v.

Civil Action
No. 04-40095-NMG

<u>**WARDEN DAVID L. WINN,**</u>
          Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;

☒     In accordance with Fed. R. Civ. P. 5(e), the clerk filed this Section 2241 petition and assigned it Civil Action No. __04-40095-NMG.__

It is ORDERED that:

☐     The application to proceed without prepayment of fees is GRANTED.

☒     It is FURTHER ORDERED that the application is DENIED for the following reasons:

        The Application was not accompanied by a certified copy of petitioner's inmate account statement.

☒     It is FURTHER ORDERED that petitioner, within forty-two (42) days from the date of this order, must either pay the $5.00 filing fee or file a new Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his inmate account statement, or this action will be subject to dismissal.

__6/25/04__
DATE

__/s/ NMGorton__
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

(ifphabe.ord - 9/20/96)                                                                                                                               [oifphc.]