UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK S. LAPAN, III | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 04-40095-FDS |
| v. | ) |
| | ) |
| DAVID L. WINN, | ) |
| | ) |
| Respondent. | ) |

MOTION OF RESPONDENT DAVID L. WINN TO DISMISS

The Respondent David L. Winn, through his undersigned counsel hereby moves to dismiss the Petition For Writ of Habeas Corpus unter 28 U.S.C. § 2241.  In support of this motion the Respondent states that on June 10, 2004, the Petitioner was transferred to a community confinement center placement, and then immediately placed in home confinement, where it is anticipated he will remain until his projected release date of August 10, 2004.  Accordingly, the Petition For Writ of Habeas Corpus is moot.  The grounds for this motion are

more fully set forth in the accompanying memorandum of law and Declaration of Patrick W. Ward.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                   By:    /s/ George B. Henderson, II
                                GEORGE B. HENDERSON, II
                                Assistant U.S. Attorney
                                John Joseph Moakley U. S. Courthouse
                                One Courthouse Way, Suite 9200
                                Boston, Massachusetts 02210
July 19, 2004                    617-748-3282

## CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

The Respondent takes the position that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se. To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

                                /s/ George B. Henderson, II
                                George B. Henderson, II

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner Frederick Lapan, 372 George Street, Orange, Vermont 05641, by first class, postage prepaid mail on this date.

July 19, 2004                                /s/ George B. Henderson
                                           George B. Henderson, II