UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK S. LAPAN, III | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 04-40095-FDS |
| v. | ) |
| | ) |
| DAVID L. WINN, | ) |
| | ) |
| Respondent. | ) |

MEMORANDUM IN SUPPORT OF
MOTION OF RESPONDENT DAVID L. WINN TO DISMISS

The Respondent David L. Winn, through his undersigned counsel, respectfully submits this memorandum in support of his motion to dismiss the Petition For Writ of Habeas Corpus ("Petition").

At the time the Petition was first received by the Court on May 27, 2004, the Petitioner Frederick S. Lapan was a prisoner incarcerated at Federal Medical Center in Devens, Massachusetts. The Petition, brought pursuant to 28 U.S.C. § 2241, alleges that the Petitioner is eligible for a six-month placement in either a halfway house or home confinement and that he has been wrongfully denied such placement because of his disability and inability to pay the halfway house stipend.

On June 10, 2004, the Petitioner was transferred to a Community Confinement Center placement, and then immediately placed in home confinement, where it is anticipated he will remain until reaching his projected release date of August 10, 2004. See Declaration of Patrick W. Ward (attached hereto). Because the Petitioner is now in home confinement, there is no meaningful relief that this Court can provide under 28

U.S.C. § 2241.

Federal courts lack constitutional power to decide "questions that cannot affect the rights of litigants in the case before them." North Carolina v. Rice, 404 U.S. 244, 246 (1971). The lack of power "to review moot cases derives from the requirement of Art. III of the Constitution under which the exercise of judicial power depends upon the existence of a case or controversy." Liner v. Jafco, Inc., 375 U.S. 301, 306 n.3 (1964). A justiciable controversy that existed at one time, but no longer remains, is moot. See United States v. Reid, 369 F.3d 619, 624 (1st Cir. 2004); Advanced Mgmt. Tech., Inc. v. FAA, 211 F.3d 633, 636 (D.C. Cir. 2000). If a case is moot, the court must dismiss it for lack of jurisdiction. DeFunis v. Odegaard, 416 U.S. 312, 316 (1974). "Even if an actual case or controversy exists at the inception of litigation, a case may be rendered moot (and, therefore, subject to dismissal) if changed circumstances eliminate any possibility of effectual relief." Me. Sch. Admin. Dist. No. 35 v. Mr. & Mrs. R., 321 F.3d 9, 17 (1st Cir.2003). "[T]he mere desire for a favorable precedent is not sufficient to prevent a case from becoming moot." United States v. Reid, 369 F.3d 619, 624 (1st Cir. 2004).

Because this Court can no longer provide any relief to the Petitioner for the alleged wrong he asserted in his Petition, this case is moot and must be dismissed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ George B. Henderson, II
        GEORGE B. HENDERSON, II
        Assistant U.S. Attorney
        John Joseph Moakley U. S. Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210

July 19, 2004        617-748-3282

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner Frederick Lapan, 372 George Street, Orange, Vermont 05641, by first class, postage prepaid mail on this date.

July 19, 2004          /s/ George B. Henderson
        George B. Henderson, II

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
FREDERICK S. LAPAN, III,                    :
                                            :
                Petitioner,                 :
     v.                                     :    Civil Action No. 04-40095 (NMG)
                                            :
DAVID L. WINN, Warden, Federal              :
Medical Center, Devens, Massachusetts,      :
                                            :
                Respondent.                 :
------------------------------------------------------------------x

## DECLARATION OF PATRICK W. WARD

I, Patrick Ward, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. On July 14, 2004, I ran a SENTRY search to determine the status of Frederick Lapan, III, Reg. No. 03988-082, with regard to his Community Corrections Center (CCC) or Home Confinement pre-release placement. Review of his Public Information Data Sheet reveals that Petitioner Lapan was furloughed to an unescorted transfer to a CCC placement on June 10, 2004. At that time, he was immediately placed on Home Confinement, where it is anticipated he will remain until reaching his Projected Release Date, via Good Conduct Time, of August 10, 2004. A true and accurate copy of the Public Information Inmate Data sheet for Petitioner Frederick Lapan, III is attached as Document A.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 14th day of July, 2004

*Patrick Ward*
Patrick W. Ward
Attorney Advisor
Consolidated Legal Center - Devens

Case 4:04-cv-40095-FDS   Document 8   Filed 07/19/2004   Page 5 of 11

```
REGNO..: 03988-082 NAME: LAPAN, FREDERICK III
COMP NO: 010            ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                        PHONE..: 617-565-4293     FTS: 617-565-4297
                                                  RACE/SEX...: WHITE / MALE
FBI NUMBER.: 692110KB0                            DOB/AGE....: 04-12-1944 / 60
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 08-10-2004                           PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY ------------------------
FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
CBN    A-HC SENT   HOME CONFINEMENT-SENTENCED   06-10-2004 1400 CURRENT
7-F    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-10-2004 1400 06-10-2004 1400
7-F    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-10-2004 0810 06-10-2004 1400
DEV    FURL TRANS  FURL W/UNESCORTED TRF TO A CCC 06-10-2004 0810 06-10-2004 0810
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-04-2004 0951 06-10-2004 0810
DEV    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 03-04-2004 0743 03-04-2004 0951
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-27-2004 0942 03-04-2004 0743
DEV    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 01-27-2004 0729 01-27-2004 0942

G0002           MORE PAGES TO FOLLOW . . .
```

"A"

```
REGNO..: 03988-082 NAME: LAPAN, FREDERICK III
COMP NO: 010            ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                        PHONE..: 617-565-4293    FTS: 617-565-4297
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL  11-27-2001 1128 01-27-2004 0729
DEV     LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  11-27-2001 0649 11-27-2001 1128
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL  07-14-2000 1145 11-27-2001 0649
DEV     LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  07-14-2000 0839 07-14-2000 1145
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL  05-17-2000 1421 07-14-2000 0839
O-P     RELEASE     RELEASED FROM IN-TRANSIT FACL  05-17-2000 1421 05-17-2000 1421
O-P     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-02-2000 1153 05-17-2000 1421
CBN     ADMIN REL   ADMINISTRATIVE RELEASE         05-02-2000 1153 05-02-2000 1153
CBN     A-ADMIN     ADMINISTRATIVE ADMISSION       05-02-2000 1148 05-02-2000 1153




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 03988-082  NAME: LAPAN, FREDERICK III
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                    PHONE..: 617-565-4293    FTS: 617-565-4297
PRE-RELEASE PREPARATION DATE: 02-10-2004
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-10-2004 VIA GCT REL

-------------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------------

```
COURT OF JURISDICTION...........: VERMONT
DOCKET NUMBER...................: 1:99-CR-49-01
JUDGE...........................: MURTHA
DATE SENTENCED/PROBATION IMPOSED: 04-24-2000
DATE COMMITTED..................: 05-17-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

G0002        MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40095-FDS   Document 8   Filed 07/19/2004   Page 8 of 11

```
REGNO..: 03988-082 NAME: LAPAN, FREDERICK III
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                     PHONE..: 617-565-4293    FTS: 617-565-4297

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $300.00        $00.00          $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:   $00.00

------------------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  388
OFF/CHG: T21:843(B),18:922(G)(1),21:853 / USE COMMUNICATION FAC. TO
         COMMIT A DRG OFF,FELON IN POSS. OF F/A,FORFEIT OF CERT.PRPTY

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    72 MONTHS


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 03988-082 NAME: LAPAN, FREDERICK III
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                     PHONE..: 617-565-4293    FTS: 617-565-4297
 TERM OF SUPERVISION.............:      3 YEARS
 DATE OF OFFENSE.................: 10-23-1998

---------------------------CURRENT COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-05-2000 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN...........: 04-24-2000
TOTAL TERM IN EFFECT.............:     72 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      6 YEARS
EARLIEST DATE OF OFFENSE........: 10-23-1998

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 03988-082  NAME: LAPAN, FREDERICK III
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                    PHONE..: 617-565-4293    FTS: 617-565-4297

JAIL CREDIT....................:   FROM DATE    THRU DATE
                                   05-21-1999   04-23-2000

TOTAL PRIOR CREDIT TIME........: 339
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED.: 282
TOTAL GCT EARNED...............: 270
STATUTORY RELEASE DATE PROJECTED: 08-10-2004
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: 05-19-2005


PROJECTED SATISFACTION DATE....: 08-10-2004

G0002         MORE PAGES TO FOLLOW . . .
```

```
    DEVEN            *           PUBLIC INFORMATION           *      07-14-2004
PAGE 007 OF 007                     INMATE DATA                         11:07:01
                                   AS OF 07-14-2004
```
Case 4:04-cv-40095-FDS   Document 8   Filed 07/19/2004   Page 11 of 11

```
REGNO..: 03988-082 NAME: LAPAN, FREDERICK III
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CBN / HOME CONFINEMENT-SENTENCED
                    PHONE..: 617-565-4293    FTS: 617-565-4297
PROJECTED SATISFACTION METHOD...: GCT REL




S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```